UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Adrian Enriquez-Varela,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-01815-CDS-BNW

**Order Granting Petitioner's Motion to Extend Time**

[ECF No. 12]

Petitioner Adrian Enriquez-Varela's counsel moves to extend time to file an amended petition for writ of habeas corpus because they need additional time to review the immigration court audio recordings before amending the petition. Mot., ECF No. 12. The court finds that the petitioner's request is made in good faith and not solely for the purpose of delay.

IT IS THEREFORE ORDERED that the petitioner's motion to extend time to file an amended petition **[ECF No. 12] is GRANTED**. An amended petition is due by August 10, 2026.

Dated: August 3, 2026

Cristina D. Silva
United States District Judge