Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ubong E. Akpan
Assistant Federal Public Defender
District of Columbia Bar No. 478302
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ubong_Akpan@fd.org

*Attorney for Petitioner Adrian Enriquez-Varela

# United States District Court
# District of Nevada

Adrian Enriquez-Varela,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-01815-CDS-BNW

**Order Granting Petitioner's Unopposed Motion for Extension of Time to File Amended Petition (Third Request)**

[ECF No. 15]

This Court appointed the Federal Public Defender as counsel for Petitioner Adrian Enriquez-Varela's 28 U.S.C. § 2241 petition on June 15, 2026. ECF No. 1. The petition states that Mr. Enriquez-Varela is detained at the Nevada Southern Detention Center. ECF No. 1. Pursuant to this Court's order, Respondents have provided discovery, and on July 29, 2026, Respondents provided the audio recordings of Mr. Enriquez-Varela's immigration case.

Undersigned counsel requires more time to prepare an amended petition for Mr. Enriquez-Varela. The reason for this third extension request is that undersigned counsel needs more time to discuss the case with Mr. Enriquez-Varela.

Undersigned counsel emailed counsel for Respondents, AUSA Tamer Botros, who informed undersigned counsel that Respondents do not oppose this extension.

Mr. Enriquez-Varela respectfully requests the Court grant the motion and order that the amended petition is due by August 17, 2026.

Dated: August 10, 2026

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ubong E. Akpan*
Ubong E. Akpan
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
United States District Judge
Dated: August 11, 2026