TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Adrian Enriquez-Varela,

Petitioner

v.

Todd Blanche, *et.al.*,

Respondents

Case No. 2:26-cv-01815-CDS-BNW

**Order Approving Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 18)**

[ECF No. 20]

Petitioner Adrian Enriquez-Varela and the Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 18, extending the deadline from September 8, 2026, to September 15, 2026. This extension is requested because Petitioner was granted voluntary departure to Mexico, and Petitioner's counsel needs to confer with her client.

This is the second request for an extension. Federal Respondents have previously filed a Motion to Extend, ECF No. 19.

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended Petition from September 8, 2026, to September 15, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 8th day of September 2026.

Rene L. Valladares
Federal Public Defender

*/s/ Ubong E. Akpan*
Ubong E. Akpan
Assistant Federal Public Defender
District of Columbia Bar No. 478302
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ubong_Akpan@fd.org
*Attorney for Petitioner Adrian Enriquez-Varela*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

The parties' stipulation **[ECF No. 20] is approved** nunc pro tunc. As a result, the respondents' motion to extend time **[ECF No. 19] is moot**.

UNITED STATES DISTRICT JUDGE

**DATED:** September 10, 2026